UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>2001 GMC YUKON DENALI, WASHINGTON LICENSE PLATE 956 YKB, VIN: 1GKEK63U41J221165,<br><br>      Defendant. | No.  CV-12-5064-EFS<br><br>**ORDER DISMISSING CASE** |

On March 26, 2013, the parties filed a stipulated dismissal, ECF No. 43. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

  1. The Stipulation of Dismissal, **ECF No. 43**, is **GRANTED.**

  2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

  3. All pending motions are **DENIED AS MOOT.**

  4. All hearings and other deadlines are **STRICKEN.**

  5. The Clerk's Office is directed to **CLOSE** this file.

 **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

 **DATED** this  29th  day of March 2013.

          s/ Edward F. Shea
          EDWARD F. SHEA
      Senior United States District Judge

Q:\EFS\Criminal\2012\5064.stip.dismiss.lc2.docx

ORDER DISMISSING CASE - 1